# UNITED STATES DISTRICT COURT

for the

_MIDDLE_ District of _NORTH CAROLINA_

_10TH_ Division

GLENWOOD FRANKLIN JOHNSON

_Plaintiff(s)_
_(Write the full name of each plaintiff who is filing this complaint._
_If the names of all the plaintiffs cannot fit in the space above,_
_please write "see attached" in the space and attach an additional_
_page with the full list of names.)_

-v-

SATANA DEBERRY DIST ATTY / DIST KD(P)

_Defendant(s)_
_(Write the full name of each defendant who is being sued. If the_
_names of all the defendants cannot fit in the space above, please_
_write "see attached" in the space and attach an additional page_
_with the full list of names.)_

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. ___1:26CV464___
_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GLENWOOD FRANKLIN JOHNSON |
| Street Address | 1594 SEDGEFIELD ST. APT #11 |
| City and County | DURHAM |
| State and Zip Code | NORTH CAROLINA 27705-7625 |
| Telephone Number | 919. 685. 2055 |
| E-mail Address | johnson8553@ DurhamTech. EDU |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Defendant No. 1

    Name      SANTANA DEBERRY

    Job or Title *(if known)*      NC DISTRICT ATTORNEY DISTRICT 16 (D)

    Street Address      510 S. DILLARD ST. # 2000

    City and County      DURHAM

    State and Zip Code      NORTH CAROLINA 27701

    Telephone Number      919. 808. 3010

    E-mail Address *(if known)*      DEBERRY4DA @ gmail. com

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Case 1:26-cv-00464    Document 1    Filed 05/20/26    Page 2 of 7

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. EIGTH AMENDMENT TO THE U.S. CONSTITUTION: EXCESSIVE FINES CLAUSE. THE U.S. CONSTITUTION: FOURTEENTH AMENDMENT TO THE U.S. CONSTITUTION: EQUAL PROTECTION CLAUSE.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

and has its principal place of business in the State of *(name)*

_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* SAIANA DEBERRY , is a citizen of the State of *(name)* NORTH CAROLINA . Or is a citizen of *(foreign nation)* _____.

Case 1:26-cv-00464     Document 1     Filed 05/20/26     Page 3 of 7

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

 SEE ATTACHED

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## Statement of Claim

## III.

Plaintiff was incarcerated from 29 February 2016 through 21 July 2017 in Durham County Detention Center. Plaintiff accrued five thousand dollars ($5,000) for housing fees; five thousand, 300 hundred dollars ($5,300) for legal counsel fees; and three hundred fourteen dollars for courtroom fees.

Upon applying for an unconditional pardon with The Governor's Clemency Commission, (February 2025), plaintiff discovered that he would have to pay the Durham County Courthouse approximately twenty-six thousand dollars ($26,000) in arrears before a pardon would be considered.

An investigation into the discrepancy between the principle amount of approximately ten thousand, six hundred dollars ($10,600) and the amount of twenty-six thousand dollars ($26,000) revealed plaintiff is being assessed 8% interest daily.

Plaintiff asserts that this is a violation of The Excessive Fines Clause of The Eighth Amendment to The U.S. Constitution, as well as The Equal Protection Clause of The Fourteenth Amendment to The U.S. Constitution.

1

## IV.

### Relief Sought

Plaintiff asks this Honorable Court to order Defendant remit 8% interest that has accrued to date on the principal amount of approximately ten thousand, six hundred dollars ($10,600) such that Plaintiff may be able to pay the reduced amount and be considered for an Unconditional Pardon by The Governor's Clemency Commission of North Carolina.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 

Signature of Plaintiff          *Glenwood Franklin Johnson*

Printed Name of Plaintiff       GLENWOOD FRANKLIN JOHNSON

### B. For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address