

**FROM:**

Elwood Franklin Johnson
1594 Sedgefield St.
Apartment No. 11
Durham North Carolina
27705-7625

**TO:**

United States District Court
Middle District of North Carolina
324 W. Market Street
Greensboro North Carolina
27401

Retail

UNITED STATES POSTAL SERVICE

RDC 99

U.S.
FCM
DUR
MAY

27401  $2  S232



UNITED STATES
POSTAL SERVICE ®

**9330007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

Uti





how2

